UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-62891-BLOOM/Valle

PATRICIA KENNEDY,

    Plaintiff,

v.

DPF SHENANDOAH SQUARE, LLC, *et al.*,

    Defendants.

_____/

### FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation for Dismissal With Prejudice ("Stipulation"), ECF No. [37]. The Court having considered the Stipulation and being otherwise duly informed therein, it is

**ORDERED AND ADJUDGED** that the parties' Stipulation, **ECF No. [37]**, is **approved and adopted**, and the matter is **DISMISSED WITH PREJUDICE.** To the extent not otherwise disposed of, all pending motions are **DENIED** as moot, and all pending deadlines are **VACATED**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 14th day of April, 2017.

                                                                                 BETH BLOOM
                                                                                 UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record